MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: John Michael Mazzara
Patricia Ann Mazzara

Chapter 7 Case No. 09-41171

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital One Bank (USA), N.A. | 1 | | $3.45 |

Date: October 26, 2009

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538